UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE PROFESSIONAL GOLFERS' ASSOCIATION OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>JTBC PLUS CORPORATION,<br><br>    Defendant | CASE NO: 9:21-cv-82193 |

**UNOPPOSED MOTION FOR EXTENTION OF TIME
TO FILE DEFENDANT'S ANSWER**

Defendant JTBC Plus Corporation (the "JTBC"), through undersigned counsel, hereby moves this Court for the entry of this Unopposed Motion for Extension of Time to File Defendant's Answer, and in support thereof states the following:

1.

Defense counsel Hall, Gilligan, Roberts & Shanlever LLP ("HGRS") was recently engaged to represent Defendant in this matter as Florida counsel.

2.

Upon such engagement the undersigned HGRS counsel learned he was required to complete the Case Management/Electronic Case Files ("CM/ECF") Training Course in order to receive login information to be able to file electronically in the Southern District of Florida. The Training Course has been completed and the login information has now been received.

3.

Defendant's Korean counsel previously provided Plaintiff's counsel with a copy of the completed Answer via email while the login issues were being rectified.

4.

HGRS will make all appropriate filings contemporaneously herewith.

5.

Defendant's counsel has conferred with Plaintiff's counsel who has stated that Plaintiff does not oppose the relief requested.

WHEREFORE, the Defendant requests that the Court grant this Motion and grant an extension for Defendant to file its Answer through March 7, 2022. A proposed Order is attached hereto for the Court's consideration.

Respectfully submitted this 7th day of March 2022.

/s/ David A. Roberts
David A. Roberts
Florida Bar No.: 0041629
HALL, GILLIGAN, ROBERTS & SHANLEVER LLP
4987 E. Co. Hwy 30A
Santa Rosa Beach, FL 32459
Telephone: 850-213-0604
Email: droberts@hgrslaw.com

/s/ Jinhee Kim
Jinhee Kim *(pro hac application to be filed)*
Somin Jun *(pro hac application to be filed)*
Mary A. Kosman *(pro hac application to be filed)*
JIPYONG LLC
26F, Grand Central, 14 Sejong-daero
Jung-gu, Seoul 04527, Korea
Telephone: 82-2-6200-1782
Facsimile: 82-2-6200-0823
Email:   jinheekim@jipyong.com
           smjun@jipyong.com
           marykosman@jipyong.com

*Attorneys for Defendant*